IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BELOFF,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK N.A.,<br><br>　　　　Defendant. | Case No. 24-cv-01522-MMC<br><br>**ORDER CLOSING CONSOLIDATED CASE FOR STATISTICAL PURPOSES ONLY** |

　　　　By order filed concurrently herewith, the following cases were consolidated for all purposes: (1) Curry v. Wells Fargo Bank, N.A., Case No. 24-cv-01358 MMC; and (2) Beloff v. Wells Fargo Bank, N.A., Case No. 24-cv-01522 MMC.  Said order also provides that all further filings in the consolidated proceeding shall be made in Case No. 24-cv-01358 MMC.

　　　　In light of the consolidation, Case No. 24-cv-01522 MMC is hereby CLOSED for statistical purposes only.

　　　　Nothing contained in this order shall be considered a dismissal or disposition of Case No. 24-cv-01522 MMC or of any claim made within it.  Should further proceedings become necessary or desirable in Case No. 24-cv-01522 MMC, any party may initiate them in the same manner as if this order had not been entered.

　　　　**IT IS SO ORDERED.**

Dated: April 23, 2024

　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge